UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ADEMOLA ADEBAYO,

Petitioner,

v.

BRIAN ENGLISH,

Respondent.

CAUSE NO. 3:26-CV-386-CCB-SJF

## **ORDER**

Immigration detainee Ademola Adebayo, representing himself, filed a petition

for a writ of habeas corpus under 28 U.S.C. § 2241, alleging he is unlawfully confined in

violation of the laws or Constitution of the United States. ECF 1. The court determined

the petition did not show Adebayo was entitled to release because, based on the

allegations in the petition, he filed his petition after he had been ordered removed and

while his was still in the 90-day removal period under 8 U.S.C. § 1231(a)(1), (a)(2),

during which detention is mandatory. ECF 3. However, the court acknowledged that if

Adebayo had filed an appeal of the removal decision, the start of the removal period

would be delayed until the appeal had been decided. *See id.* at 3. (citing 8 U.S.C.

§ 1231(a)(1)(B)). The court, therefore, allowed him to file an amended petition to clarify

whether he had filed an appeal to the Board of Immigration Appeals.

Adebayo's amended petition maintains that he did not appeal the removal order.

ECF 5 at 4. Therefore, for the reasons in the court's previous order (ECF 3), it is plain

from the petition that he is not entitled to relief at this point of his detention. *See* Section

2254 Habeas Corpus Rule 4 (directing court to dismiss habeas petition "[i]f it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court").

For these reasons, the court **DENIES** the petition (ECF 5) and **DIRECTS** the clerk to close this case.

SO ORDERED on June 16, 2026.

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT

2